1  Brian R. Morris, Esq.
   Nevada Bar No. 5431
2  18603 Wedge Parkway, No. L-50
   Reno, Nevada 89511
3  (775) 323-2800
   (775) 323-2234 (Fax)
4  Attorney for Plaintiff

5

6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8

9  TAMMY SMITH,                    )  Case No.  CV-N-05-0566-HDM-RAM
                                   )
10         Plaintiff,              )
                                   )
11         vs.                     )
                                   )
12 LANDER COUNTY;                  )
   LANDER COUNTY PUBLIC WORKS      )
13 DEPARTMENT,                     )
                                   )
14         Defendants.             )
   _____)

15        **EX PARTE MOTION FOR EXTENSION OF TIME TO ADDRESS**
16                        **SERVICE OF PROCESS**

17        COMES NOW, Plaintiff, by and through undersigned counsel, and files this *ex parte*

18 request for an extension of time to respond to this Court's Order regarding service of process

19 ((docket #12).  This Court ordered a response by Wednesday March 28th, but it was inadvertently

20 calendared the following Wednesday (April 4th) due to clicking the wrong day on the electronic

21 calendar.  There are some issues that need to be addressed in responding to this Court's Order which

22 are not straight forward.  The undersigned respectfully requests an extension of time until April 16th,

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

2007 in which to address these issues which will also be responding to and addressing this Court's Order (#12).

DATED this 4th day of April, 2007.

Brian Morris, Esq.
Attorney for Plaintiff

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

April 4, 2007
Dated: _____